JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MARTIN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC.,<br><br>Defendant. | Case No. 8:19-cv-02347-JLS-JDE<br><br>Hon. Josephine L. Staton, presiding<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: 06/23/2020

JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Court Judge